IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| QUENTIN L. SASSER,<br><br>                Plaintiff,<br>v.<br><br>SALT LAKE CITY CORPORATION, a Utah Municipal corporation, and DAVID TERRY, in his individual capacity,<br><br>                Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO AMEND<br><br>Case No. 2:15-cv-00606-DN<br><br>District Judge David Nuffer |

Plaintiff Quentin L. Sasser moves for leave to amend his complaint ("Motion to Amend").[1] Mr. Sasser proposes to add Salt Lake City as a defendant to the § 1983 claim and add Lynn Landgren, in his individual and official capacity, as a defendant to the § 1983 claim.

Defendants did not file any response to the Motion to Amend. Accordingly, the Motion to Amend may be granted without further notice.[2] The reasons set forth in the Motion to Amend are adopted. Mr. Sasser is granted leave to file the proposed amended complaint.

---

[1] Plaintiff's Motion for Leave to Amend Complaint and Memorandum in Support ("Motion to Amend"), docket no. 22, filed Mar. 7, 2017.

[2] DUCivR 7-1(d).

## ORDER

IT IS HEREBY ORDERED that the Motion to Amend[3] is GRANTED. Mr. Sasser is granted leave to file the proposed Amended Complaint[4] on or before April 7, 2017.

Dated April 3, 2017.

BY THE COURT:

David Nuffer
United States District Judge

---

[3] Plaintiff's Motion for Leave to Amend Complaint and Memorandum in Support ("Motion to Amend"), docket no. 22, filed Mar. 7, 2017.

[4] Amended Complaint, Ex. A to Motion to Amend, docket no. 22-1, filed Mar. 7, 2017.